United States District Court
Southern District of Texas

**ENTERED**
February 26, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-349 |
| | § | |
| DARREN WAYNE WILLIAMS | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No.21). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 30, 2018 |
| Responses are to be filed by: | May 14, 2018 |
| Pretrial conference is reset to**:** | **May 21, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 29, 2018 at 9:00 a.m.** |

SIGNED on February 26, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge